No. 81–451.   HATHORN ET AL. *v.* LOVORN ET AL.   Sup. Ct. Miss.   [Certiorari granted, 454 U. S. 1122.]   Motion of the Solicitor General for leave to file a supplemental brief as *amicus curiae* denied.

No. 81–1.   GOLDSBORO CHRISTIAN SCHOOLS, INC. *v.* UNITED STATES; and

No. 81–3.   BOB JONES UNIVERSITY *v.* UNITED STATES. C. A. 4th Cir.   [Certiorari granted, 454 U. S. 892.]   (1) Motion of National Association for the Advancement of Colored People et al. for leave to intervene as parties respondent and for leave to participate in oral argument denied.   (2) Alternative request to file a brief as *amici curiae* granted.   (3) Motion of Laurence H. Tribe et al. for leave to file a brief as *amici curiae* granted.   (4) Motion of Agencies of the United Church of Christ for leave to file a brief as *amicus curiae* granted.   (5) Motion of Lawyers' Committee for Civil Rights Under Law et al. for leave to file a supplemental brief as *amici curiae* granted.   (6) Motion of North Carolina Association of Black Lawyers for leave to file a brief as *amicus curiae* granted.   (7) Motion of the Solicitor General for leave to file a brief on the merits out of time granted.   (8) Motion of the Solicitor General for leave to file a motion for divided argument out of time granted.   (9) Motion of petitioner in No. 81–3 for an order directing respondent to act with respect to respondent's memorandum filed January 8, 1982, denied. (10) Motions of petitioners for summary reversal denied. (11) William T. Coleman, Jr., Esquire, of Washington, D. C., a member of the Bar of this Court, is invited to brief and argue these cases as *amicus curiae* in support of the judgments below.

No. 81–184.   UNITED STATES *v.* SECURITY INDUSTRIAL BANK ET AL.   C. A. 10th Cir.   [Probable jurisdiction noted, 454 U. S. 1122.]   Motion of appellee Beneficial Finance of Kansas, Inc., to schedule oral argument during April 1982 session denied.